**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shadamia D. Jackson, Robert C. Grice, Olivia Grier, and
Catawba Indian Nation, Defendants,

Of whom Shadamia D. Jackson is the Appellant

and

Robert C. Grice, Olivia Grier, and Catawba Indian
Nation are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-000543

---

Appeal From York County
David G. Guyton, Family Court Judge

---

Unpublished Opinion No. 2020-UP-321
Submitted November 20, 2020 – Filed November 23, 2020

---

**AFFIRMED**

---

Harry A. Hancock, of Columbia, for Appellant.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent South Carolina Department of Social Services.

Melinda Inman Butler, of The Butler Law Firm, of Union, for Respondent Robert C. Grice.

Dione Cherie Carroll, of Carroll Law Offices, PA, of Aiken; and Donae Alecia Minor, of Minor Law Offices LLC, of Fort Mill, for Respondent Catawba Indian Nation.

Olivia Grier, of Rock Hill, pro se.

Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem.

---

**PER CURIAM:** Shadamia D. Jackson appeals the family court's order placing custody of her minor children with Robert C. Grice and allowing the Department of Social Services to close its case. Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Jackson's counsel.

**AFFIRMED.**[1]

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.